

Official Website of the Department of Homeland Security

Main Menu

< BACK TO RESULTS

# Facility Page

## Detention Information For:

**LUDIN RODRIGUEZ-RAMIREZ**
**Country of Birth:** Guatemala
**A-Number:** 245183195

## Current Detention Facility:

BROOKLYN MDC
80 29th Street
Brooklyn, NY 11232
**Visitor Information:** (718) 840-4200

## ERO Office Information

Family members and legal representatives may be able to obtain additional information about this individual's case by contacting this ERO office:

VARRICK, NY, SERVICE PROCESSING CENTER (DOCKET CONTROL OFFICE)
**Phone Number:** (212) 863-3401

BACK TO SEARCH >

Privacy · Terms